# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PIEDAD ANGAMARCA, as Parent and Natural Guardian of J.G. and PIEDAD ANGAMARCA, Individually,

                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

-----------------------------------------------------------X



19 **CIVIL** 2930 (PGG)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2020, Defendant's motion to dismiss is granted, and Plaintiff's motion for reconsideration is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
         March 20, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

**BY:**
                                                        **Deputy Clerk**